IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH R CHAVEZ,

    Plaintiff,

v.                                                    No. 19-cv-1087-MV-GBW

PENITENTIARY OF NEW MEXICO,
JOHN GAY, HOPE SALAZAR,
JESSICA HERERRA, ALISHA
TAFOYA LUCERO, DENNIS MARES,
and DIANA BLANCHARD,

    Defendants.

## FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of the above captioned case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED with prejudice**.

                                                    _____
                                                    HONORABLE MARTHA VÁZQUEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE